669 A.2d 815

IN THE MATTER OF WILLIAM O. PERKINS,
JR., AN ATTORNEY AT LAW.

January 5, 1996.

## ORDER

The Disciplinary Review Board having on November 2, 1995, filed with the Court its decision concluding that **WILLIAM O. PERKINS, JR.** of **JERSEY CITY**, who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 5.3 (failure to supervise staff), *RPC* 8.1(b) (failure to cooperate with the ethics authorities) and *RPC* 8.4(c) (misrepresentation regarding status of case), and good cause appearing;

It is ORDERED that **WILLIAM O. PERKINS, JR.** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.